UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOHNNY COLESON,                              :
                                             :
              Plaintiff                      :
                                             :
       v.                                    :  CIVIL NO. 3:CV-06-1429
                                             :
JACK MACARDLE, ET AL.,                       :  (Judge Kosik)
                                             :
              Defendants                     :

**O R D E R**

**NOW, THIS 25TH DAY OF JULY, 2006, IT IS HEREBY ORDERED AS**

**FOLLOWS:**

1.     Plaintiff's motion to proceed in forma pauperis
       (Doc. 2) is  construed as a motion to proceed
       without full prepayment of fees and costs and the
       motion are granted.[1]

2.     The United States Marshal is directed to serve the
       complaint on the defendants named therein.

                              s/Edwin M. Kosik
                              United States District Judge

_____

[1] Coleson completed this court's form application to proceed in forma pauperis
and authorization to have funds deducted from his prison account.  The court then issued
an Administrative Order on July 21, 2006 (Doc. 5), directing the warden at his present
place of confinement to commence deducting the full filing fee from plaintiff's prison trust
fund account.